

FILED TD
10/6/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Brandon Stone (312) 613-9700

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

V.

DENIKOS HAWKINS

CASE NUMBER: 23 CR 534

__UNDER SEAL__

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 11, 2023 and August 18, 2023, at Chicago, the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2422(b) | Knowingly used a facility of interstate commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense. |
| Title 18, United States Code, Section 2252A(a)(2)(B) | Knowingly distributed material containing child pornography, and defendant knew both that the material depicted one or more minor and that the minors were engaged in sexually explicit conduct, and the material was shipped or transported in or affecting interstate or foreign commerce by any means, including a computer. |

This criminal complaint is based upon these facts:

_x_  Continued on the attached sheet.

_Laurie Boskovich_
Laurie Boskovich
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: 10/6/2023

City and state: Chicago, Illinois

_Judge's Signature_

SUNIL R. HARJANI U.S. Magistrate Judge
*Printed name and title.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

1:23-cr-00534

## AFFIDAVIT

I, LAURIE BOSKOVICH, being duly sworn, state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been so employed since approximately September 17, 2017. I am currently assigned to the Child Exploitation and Human Trafficking Task Force in Chicago, Illinois.

2.  As part of my duties as an FBI Special Agent, I investigate criminal violations relating to child exploitation, child pornography, and human trafficking, including juvenile sex trafficking. I have conducted and participated in numerous criminal investigations, some of which involved the use of the Internet, email, and other social media to further criminal activity. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media. I have received training and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, and the execution of searches and seizures involving child pornography offenses.

3.  This affidavit is submitted in support of a criminal complaint alleging that DENIKOS HAWKINS has violated Title 18, United States Code, Section 2422(b) (coercion and enticement) and Title 18, United States Code, Section 2252A(a)(2)(B) (distribution of child pornography) (together, the **Subject Offenses"**). Because this affidavit is being submitted for the limited purpose of establishing probable cause in

support of a criminal complaint charging HAWKINS with having committed the **Subject Offenses**, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

4.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, and on information I have received from other person with knowledge regarding relevant facts.

## I.     BACKGROUND INFORMATION

### A. Background Information on HAWKINS.

5.     According to Illinois Secretary of State records, DENIKO TREZ HAWKINS is a 33-year-old black male with a date of birth of April 3, 1990. A driver's license photograph of HAWKINS, obtained from Illinois Secretary of State records, is depicted below at **Figure 1**:

**Figure 1**

2

6. According to a law enforcement database, HAWKINS has been arrested several times. Additionally, in or around 2012, HAWKINS was convicted in Cook County Circuit Court of Reckless Conduct, in violation of 720 ILCS 5.0/12-5-A and sentenced to one year supervision. In or around 2023, HAWKINS was convicted in Wapello County (Iowa) District Court of three counts of Forgery, in violation of IA715A.2(2), and one count of Theft in the Second Degree, in violation of IA714.2(2), and sentenced to five years' probation.

**B. Background Information on the Minor Victims.**

7. In the course of the investigation, law enforcement has identified the following minor victims:

a) Minor Victim A is a 13-year-old who was previously a resident of a Chicago based residential treatment facility.

b) Minor Victim B is a 13-year-old minor who is currently a resident of a Chicago-based residential treatment facility.

c) Minor Victim C is a 16-year-old minor who is currently a resident of a Chicago based residential treatment facility.

8. At different points in time, and as noted in the affidavit, Minor Victims A, B, and C lived together at the same Chicago-based residential treatment facility.

**C. Background Information on Instagram.**

9. Based on my training and experience and information available from Instagram's website (instagram.com), I have learned the following about Instagram:

a) Instagram, which is owned by Meta Platforms, headquartered at

3

1601 Willow Road, Menlo Park CA 94025, operates a social networking application and website, accessed through web-enabled electronic devices and at the website Instagram.com, which is centered around photography and videography.

b) Instagram users establish accounts and create a profile, which they can use to post and share photographs, videos, and other information from web-enabled electronic devices, such as certain cellular phones, tablets, and computers.

c) Instagram users can create a title and a caption for photographs and videos that they post, and can "follow," meaning observe electronically, other Instagram users and their postings, including photographs and videos. Instagram users can also communicate directly with other users by way of "direct message," and can comment on photographs and videos they and others post.

d) Instagram users can also create a "geotag" in connection with certain actions they perform, such as posting a photograph or video or commenting on a photograph or video. This "geotag" indicates where the user is geographically when he/she is conducting the action. For example, a user can indicate that he/she is in Chicago when he/she posts a particular photograph or video.

e) Photographs and videos posted to, and direct messages sent and received by, Instagram users are transmitted from the user's computer or mobile device over the Internet and are stored on servers in Meta Platform's data centers, which are located throughout the United States, including in Virginia, Utah, Texas, Tennessee, Oregon, Ohio, North Carolina, New Mexico, Nebraska, Missouri, Iowa, Illinois, Idaho, Georgia, Arizona, and Alabama.

4

## II.    FACTS SUPPORTING PROBABLE CAUSE

### D. Summary of Probable Cause.

10.    Since in and around July 2023, law enforcement has been investigating an individual using two Instagram social media accounts to distribute child pornography and to solicit, entice, and coerce sex acts from minors in exchange for money. As part of the investigation, law enforcement executed two search warrants on the Instagram accounts and discovered that HAWKINS used the accounts to send videos of two minors (Minor Victims A and B) performing oral sex on an adult male. Law enforcement also discovered direct messages between HAWKINS and at least one additional minor victim ("Minor Victim C") in which HAWKINS offered to pay Minor Victim C money to engage in sex acts like the two victims in the videos.

11.    Law enforcement interviewed Minor Victim B, who identified HAWKINS by his driver's license photograph, and confirmed that HAWKINS received oral sex from Minor Victims A and B and recorded it using an iPhone. Minor Victim B also reported that Minor Victims A and B both had vaginal intercourse with HAWKINS.

12.    Law enforcement also interviewed Minor Victim C, who confirmed that an individual (1) contacted her using one of the Instagram Accounts, (2) sent a video depicting Minor Victims A and B performing oral sex on a black adult male, and (3) offered money to solicit sex acts from Minor Victim C.

13.    Law enforcement executed search warrants on the Instagram accounts used by HAWKINS, and confirmed that the accounts had, in fact, sent videos of Minor

5

Victims A and B performing oral sex on an adult male.

14.    Based on these and the facts listed below, I submit that probable cause exists to believe that HAWKINS has committed the **Subject Offenses**.

### E. Law Enforcement Begins Investigating an Individual Sending Child Pornography over Instagram.

15.    On or about July 19, 2023, the Illinois Department of Children and Family Services ("DCFS") contacted the FBI to report an incident involving three minor residents of a Chicago based residential treatment facility (Minor Victims A-C). The minor residents are not permitted to have phones but may use computers to access social media.

16.    According to the Residential Program Director of the residential treatment facility, on or about July 18, 2023, Minor Victim C reported during therapy that two 13-year-old minor residents (Minor Victim A and Minor Victim B) provided Minor Victim C's Instagram information to an individual.[1] Further, Minor Victim C reported that the individual messaged her via Instagram and implied that Minor Victim C should engage in sex acts for money.

17.    According to the Residential Program Director, the individual subsequently contacted Minor Victim C via Instagram, and (1) sent Minor Victim C a video of Minor Victim A and Minor Victim B licking his penis[2], and (2) attempted

---

[1] According to information provided by the Residential Program Director, Minor Victim B was on the run from the residential treatment facility from June 16, 2023 to June 29, 2023.

[2] The Residential Program Director explained that Minor Victim C had shown her digital screenshots of the video, which depicted Minor Victims A and B performing oral sex, but the Residential Program Director did not view the actual video sent via Instagram. *See* Paragraphs 22-23 below.

6

to entice Minor Victim C to engage in sex acts in exchange for money.

**F. Law Enforcement Interviews Minor Victims B and C.**

18. Based on the information provided by Illinois DCFS, the Residential Program Director, and the minor victims' therapists, law enforcement conducted forensic interviews of Minor Victims B and C.

**i. Forensic Interview of Minor Victim B.**

19. On or about August 2, 2023, an FBI forensic interviewer conducted a child and adolescent forensic interview of Minor Victim B. In summary, Minor Victim B provided the forensic interviewer with the following information:

a. Victims A and B had, on occasion, ran away from their residential treatment facility in Chicago together.[3] The first time Minor Victim B went on the run from the residential treatment center, she was with Minor Victim A. Minor Victim A and Minor Victim B have run away from the residential treatment program approximately five times in the past eight months.

b. Minor Victim B stated that Minor Victim A told Minor Victim B that Minor Victim A had a friend on Instagram and that they could stay with that friend if Minor Victim A and Minor Victim B had sex with him.

c. Minor Victim B said that Minor Victim A's friend used an Instagram account that had a username containing something like "h-a-t-i-a-n" underscore love, but the "E" was a 3. Minor Victim B additionally stated that she knew the individual who used this account as "Hatian," but she referred to him as "H"

---

[3] This information was corroborated by information provided by the Residential Program Director.

throughout the forensic interview because "Hatian" was difficult for her to pronounce.

d. The first time Minor Victim B met "H", she told "H" she was 18 years old. "H" told Minor Victim B that she did not look like she was 18 years old. "H" later told Minor Victim B that he had looked up her name and age on Instagram. "H" told Minor Victim B that she was a 13-year-old runaway. When "H" learned of Minor Victim B's true age, he told Minor Victim B to "keep it on the down low" or else he would get in trouble.[4]

e. After Minor Victims A and B ran away from the residential treatment facility, "H" paid for an Uber for Minor Victim A and Minor Victim B to travel from a Chicago Public library to "H's" house located on the southside of Chicago.

f. After Minor Victim A and Minor Victim B arrived at "H's" house, Minor Victim A began kissing "H" and "H" began touching Minor Victim B.

g. "H" had sex with Minor Victim A and Minor Victim B. According to Minor Victim B, sex means their private parts touched "H's" private parts.

h. Minor Victim A and Minor Victim B were licking "H's" private parts when he took his iPhone out and began recording Minor Victim A and Minor Victim B. Minor Victim B stated that she felt kind of scared when this happened because she does not like to be videoed.

20. During the August 2, 2023 forensic interview, Minor Victim B was shown the unmarked driver's license photograph of HAWKINS depicted above at **Figure 1**.

---

[4] According to Minor Victim B, "H" also told her that he had previously been to jail, that he was a hacker, and "had to be on the down low." Minor Victim B also stated that she believed "H" moved around a lot and was secretive.

8

Minor Victim B confirmed that HAWKINS was the person she knew as "H," and mentioned recognizing a distinctive mark on his lip.

### ii. Forensic Interview of Minor Victim C.

21. On or about August 2, 2023, an FBI forensic interviewer conducted a child and adolescent forensic interview of Minor Victim C. In summary, Minor Victim C provided the forensic interviewer with the following information:

a. On or about July 11, 2023, an Instagram account with the username "tone_61g" sent Minor Victim C a video of Minor Victim A and Minor Victim B sucking on the penis of a black adult male. The male in the video had dark black skin and "chunkier" legs. The individual who sent the video deleted it, however Minor Victim C took two screenshots of the video and saved the photos to her iCloud account.

b. In addition to the video, on or about July 11, 2023 the Instagram account "tone_61g" sent Minor Victim C the following message: "They said you wanted to make 200$ They gave me your ig."[5]

22. The Residential Program Director and a therapist from the residential treatment facility reviewed the screenshots that Minor Victim C took of the video she had received from Subject Account 1.

23. According to the Residential Program Director who knew Minor Victims A and B, one screenshot was a frontal view of Minor Victim A's mouth around the erected tip of a black adult penis. Further, according to the Residential Program Director, the other screenshot was a black erected penis with what appeared to be

---

[5] Law enforcement confirmed this exchange by viewing Minor Victim C's Instagram account, which contained these messages.

Minor Victim A licking the side of the penis and Minor Victim B licking the tip of the same penis, at the same time.

### G. Law Enforcement Searches Two Instagram Accounts Associated with HAWKINS and Discovers HAWKINS Used the Accounts to Attempt Entice Minors to Commit Sex Acts and to Distribute Child Pornography.

24. Based on the above and other information, on or about September 15, 2023, law enforcement obtained search warrants for two Instagram accounts: (1) the Instagram account assigned account number 51228595238 with username "tone_61g" ("Instagram Account 1"); and (2) the Instagram account assigned account number 59147085495 with username "hatian_lov3_" ("Instagram Account 2").[6]

25. On or about September 18, 2023, law enforcement executed the search warrants for Instagram Accounts 1 and 2. Below is a summary of the relevant information obtained from the two Instagram Accounts:

### i. Instagram Account 1 – Username "tone_61g"

26. Based on my review of the search warrant returns for Instagram Account 1, in summary:

a. On or about June 16, 2023, Instagram Account 1 sent a message to Minor Victim C's Instagram Account, which stated, "Tap in lil baby I been looking for u."[7] Minor Victim C responded that she did not know the user of Instagram

---

[6] Instagram Accounts 1 and 2 were searched pursuant to search warrants issued by the Honorable Jeffrey I. Cummings on or about September 15, 2023. *See* Case Nos. 23 M 882, 23 M 883.

[7] Minor Victim C was identified as the user of the recipient account based on the following: Minor Victim C was interviewed by the FBI on August 2, 2023 at which time she logged into her Instagram account. FBI observed the conversation between Hawkins and Minor Victim C on the Instagram account of Minor Victim C.

10

Account 1. The user of Subject Account 1 continued to contact Minor Victim C by sending her direct messages. On or about July 10, 2023, Minor Victim C told the user of Subject Account 1 to leave her alone.

b. On or about July 11, 2023, the user of Subject Account 1 sent Minor Victim C the following message, "They said you wanted to make 200$ They gave me your ig."

c. A record of Instagram Account 1 sending a video of Minor Victims A and B engaging in oral sex to Minor Victim C's Instagram account does not appear in the search warrant return (perhaps because it was deleted), however, the Minor Victim C sent the following direct messages to Instagram Account 1 on or about July 11, 2023: (i) "Shorty dats [nickname for Minor Victim A];" (ii) "U know how old she is I used to live wit her;" (iii) "Her ass is 12;" (iv) "Dats crazy u having a 12 year old suck ur dick;" (v) "She lives in a group home;" (vi) "Who gave you my insta;" (vii) "[Nickname for Minor Victim A];" (viii) Da white bitch;" (viii) "Lmk;" and (ix) "Cuz imma fuck shorty up."

d. Minor Victim C then sent a screenshot of Minor Victim A's account and said, "Dat shorty send u my account." The user of Instagram Account 1 responded, "That's yo friend stop acting crazy" and "Why u acting brand new." The user of Subject Account 1 further stated, "How you jus text on gang u sound like 12" and "let me find out u jealous, cause she becoming a woman and not a lil girl like you."

11

e. On or about August 19, 2023, the user of Instagram Account 1 again contacted Minor Victim C and said, "500 each video they made let me know [name of Minor Victim C]."

f. The user of Instagram Account 1 then sent Minor Victim C a video of Minor Victim A performing oral sex on an erect black penis.

g. The user of Instagram Account 1 then commented on Minor Victim C's Instagram account and stated, "Check yo Dm [nickname for Minor Victim C]."

27. Based on my training and experience, in the above messages, I believe the user of Instagram Account 1 was offering Minor Victim C money in exchange for performing videotaped sex acts with the user of Instagram Account 1.

**ii. Instagram Account 2 – Username "hatian_lov3_"**

28. Based on my review of the search warrant returns for Instagram Account 2, in summary:

a. On or about June 13, 2023, Subject Account 2 sent a message to an account belonging to Individual 1[8], which stated, "I wanted to take u out u looked cute." Instagram Account 2 then sent Individual 1 a message that asked, "How old are u tho." Individual 1 responded, "14" and "wbu??" Based on my training and experience, I understand "wbu" to mean, "what about you?" The user of Instagram Account 2 responded, "16."

---

[8] As of October 5, 2023, Minor Victim B and Individual 1 follow each other on Instagram. According to my review of a May 1, 2023 Instagram post on Minor Victim B's Instagram account, Individual 1 commented with two heart eye emoji's 22 weeks ago. Based on my review of "selfie" photographs posted Individual 1's Instagram account, Individual 1 appears to be a minor.

12

b.      On or about June 14, 2023, Instagram Account 1, sent a message to Individual 1 and asked, "Hey why u block my pg." Based on my training and experience and the investigation to date, I understand "pg" to mean page and that it references Instagram Account 2. Based on the above series of communications, there is a reasonable basis to believe that Subject Accounts 1 and 2 are used by the same person.

c.      On or about July 11, 2023, Subject Account 1 sent Individual 1 a message that stated, "U kno them ??????" Subject Account 1 then sent another message to Individual 1 which stated, "They said you want to make 200$."

d.      Instagram Account 1 then sent Individual 1 three videos: (1) a video of Minor Victim B sucking on the tip of an erect black penis while Minor Victim A is simultaneously licking the side of the same penis; (2) a video of Minor Victim B sucking on the tip of a black erect penis while simultaneously moving her hand up and down on the shaft of the penis; and (3) a video of Minor Victim A sucking on the tip of a black erect penis.  Based on my review of the background of each video, the three videos appear to be three separate sexual encounters.

e.      Additionally, on or about August 18, 2023, Instagram Account 2 sent direct messages to Individual 2's Instagram account that stated, "I got some for u," and "Loaded," and "Sayless."[9]  Shortly thereafter, Instagram Account 2 sent five videos to Individual 2.  One of the videos was of Minor Victim B performing oral sex

---

[9] Based on a review of the Instagram direct message conversation between Individual 2 and Instagram Account 2, law enforcement believes that Individual 2 is an adult male and associate of HAWKINS.

13

on a black erect penis. The video ends with Minor Victim B holding her mouth open as the same black erect penis ejaculates in it.

29. The search warrant returns from Instagram Account 2 show that in addition to sending videos and messages to Individual 2, the account was used to contact and communicate with Minor Victim B. For example, between on or about July 10, 2023 and on or about September 10, 2023, Instagram Account 2 attempted to contact Minor Victim B over 100 times by video chat or audio call.

30. Additionally, the search warrant returns for Instagram Account 2 corroborate that Subject Account 2 had recent contact with Minor Victim B, and that the user of Instagram Account 2 was in possession of potentially embarrassing videos depicting Minor Victim B and confirmed knowledge of Minor Victim B's age.

31. Specifically, on or about July 29, 2023, Instagram Account 2 sent an Instagram Account used by Minor Victim B a message that stated, "If you not messin with say that." Subject Account 2 then sent a message that stated, "WHAT CAN I SAY U ACTING YO AGE 13" and "Never kno when u might need me again, you can always come over my place to stay." Instagram Account 2 later sent a message stating, "You see me messaging u lil Bitch," and "Let see if disrespect work I kno where you live and imma send them videos to your school."

### H. Further Evidence Corroborates that HAWKINS is the User of Instagram Accounts 1 and 2

32. According to records from Meta Platforms, Subject Account 1 was opened on or about January 6, 2022. The phone number listed as the verified number for Instagram Account 1 as of September 21, 2023 was XXX-XXX-3251 (the "Subject

14

Phone"). Further, the email address listed as the contact email for Subject Account 1 as of September 21, 2023, was hawkd7278@gmail.com, which appears to associate with HAWKINS' last name and first initial. The registration internet protocol address associated with Subject Account 1 resolves to T-Mobile.

33. According to records from Meta Platforms, Instagram Account 2 was opened on or about April 21, 2023. As of September 20, 2023, the email address listed as the contact email for Subject Account 2 was loveme7490@gmail.com. The registration internet protocol address associated with Subject Account 2 resolves to T-Mobile.

34. According to law enforcement databases, the carrier for the Subject Phone is T-Mobile.

35. On October 3, 2023, a law enforcement officer used an undercover cellular phone to attempt to place a call to the Subject Phone at approximately 11:28 A.M. The call went straight to an automated voicemail. On October 3, 2023, at approximately 11:39 A.M. the law enforcement officer received a call from the Subject Phone. The law enforcement officer stated "Hi, Denikos [HAWKINS' first name]?" The caller, who had a male sounding voice, asked, "who is this?" The law enforcement officer asked, "Denikos Hawkins?" to which the male caller responded, "who is this?" The call was terminated. The law enforcement officer placed another call to the Subject Phone at approximately 12:29 P.M. and when the caller answered, the law enforcement officer asked, "Denikos?" and the Subject Phone's user responded, "Yeah."

The law enforcement officer stated, "this is Big Brothers Big Sisters, we got disconnected earlier." The Subject Phone then terminated the call.

36. According to law enforcement databases and information from a local police department, Individual 3 shares HAWKINS' same last name and address (according to their respective state issued identifications) and is believed to be HAWKINS' brother—was associated with telephone number XXX-XXX-3047 as of May 11, 2023. According to records from T-Mobile, the Subject Phone placed and received about 270 calls or text messages to/from Individual 2 (*see* Paragraph 28(e) above) between January 6, 2022 and May 17, 2023.

37. Additionally, HAWKINS also sent photographs confirming his identity as the user of Instagram Account 1. For example, on or about on June 15, 2023, HAWKINS used Instagram Account 1 to send Minor Victim B a photo of himself.[10] That photo is depicted below at **Figure 2**.

---

[10] I am able to identify HAWKINS in this photograph based on a comparison with HAWKINS Illinois Secretary of State photograph.

16

**Figure 2**



38.     In summary, based on the following evidence, there is probable cause to believe that HAWKINS is the user of Instagram Accounts 1 and 2, and used the accounts in violation of the **Subject Offenses**: (1) according to Minor B, HAWKINS videotaped Minors A and B performing oral sex on him, and a search of Instagram Accounts 1 and 2 revealed that in the summer of 2023, both accounts were used to distribute videos of Minors A and B performing oral sex on an adult black male, and to solicit other minors (Minor Victim C and Individual 1) to create similar videos; (2) according to Minor B, HAWKINS is the user of Instagram Account 2, and there is independent evidence that Instagram Account 2 had had frequent recent communication with Minor B's Instagram account; (3) a search of Instagram Account 1 revealed that the user of the account sent photos of HAWKINS to Minor Victim B (see paragraph 37); (4) as explained in paragraph 28, there is independent evidence based on the Instagram Account searches that the user of Instagram Accounts 1 and

17

2 is the same person; (5) Instagram Account 1 is registered to a phone number used by HAWKINS (see paragraph 36 and 37), and an email address that associates with HAWKINS' name.

## III. CONCLUSION

39. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that (1) on or about July 11, 2023 and August 18, 2023, HAWKINS knowingly distributed material that contained child pornography as defined by Title 18, United States Code, Section 2256(8)(A), such image having been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(B); and (2) on July 11, 2023 and on August 18, 2023, HAWKINS knowingly used a facility or means of interstate commerce to attempt to persuade, induce, entice or coerce an individual under the age of eighteen to engage in sexual activity, in violation of Title 18, United States Code, Section 2242(b).

FURTHER AFFIANT SAYETH NOT.

Laurie Boskovich
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone October 6, 2023

Honorable SUNIL R. HARJANI
United States Magistrate Judge

18